723 A.2d 943

IN THE MATTER OF ROCCO L. D'AMBROSIO, A RETIRED JUDGE OF THE SUPERIOR COURT.

February 11, 1999.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court a presentment recommending that **ROCCO L. D'AMBROSIO,** who retired from his position as a Judge of the Superior Court on October 1, 1996, be publicly reprimanded for violating Canons 1 and 2A of the Code of Judicial Conduct and for engaging in conduct prejudicial to the administration of justice that brings the judicial office into disrepute (*Rule* 2:15–8(a)(6)) by driving while intoxicated in violation of *N.J.S.A.* 39:4–50, of which respondent was convicted on February 21, 1996;

And respondent having waived his right to a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the Presentment of the Advisory Committee on Judicial Conduct is adopted and **ROCCO L. D'AMBROSIO** is hereby publicly reprimanded.